| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Bauserman Service, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Maryland Airport** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-0575649** |
| 4. | **Debtor's address** | **Principal place of business** **3900 Livingston Road** **Indian Head, MD 20640** Number, Street, City, State & ZIP Code  **Charles** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Bauserman Service, Inc.**      Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **Bauserman Service, Inc.**     Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Bauserman Service, Inc.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 23, 2018**
MM / DD / YYYY

X **/s/ Tammy Potter**
Signature of authorized representative of debtor

**Tammy Potter**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Steven L. Goldberg (sgoldberg@mhlawyers.com)**
Signature of attorney for debtor

Date **October 23, 2018**
MM / DD / YYYY

**Steven L. Goldberg (sgoldberg@mhlawyers.com)**
Printed name

**McNamee Hosea**
Firm name

**6411 Ivy Lane, Ste. 200**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone **(301) 441-2420**   Email address

**28089 MD**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Bauserman Service, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PSM Holdings, LLC c/o Miles & Stockbridge, P.C. 100 Light Street, 10th Floor Baltimore, MD 21202** | | **Secured by All Real Property Owned by the Debtor, and identified on Schedule A/B** | | $2,175,796.46 | $0.00 | $2,175,796.46 |
| **Law Offices of Sue A. Greer 200 Howard Street Suite 101 La Plata, MD 20646** | | | | | | $200,000.00 |
| **Donnie Spiers Stylecraft Products, LLC 2621 Karbach Street Houston, TX 77092** | | | | | | $109,000.00 |
| **Thomas Hayden 105 La Grange Avenue La Plata, MD 20646** | | | | | | $42,780.49 |
| **Charles County, Maryland P.O. Box 2607 La Plata, MD 20646** | | TID No. 07-009704 | | $18,213.57 | $0.00 | $18,213.57 |
| **Tammy Potter 1016 Bran Drive La Plata, MD 20646** | | | | | | $10,579.27 |
| **Mudd, Mudd & Fitzgerald P.O. Box 310 La Plata, MD 20646** | | | | | | $7,113.86 |
| **PNC Bank, N.A. P.O. Box 856177 Louisville, KY 40285-6177** | | | | | | $6,758.18 |

Debtor **Bauserman Service, Inc.**      Case number *(if known)*
   Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **James Truitt**<br>20 East Timonium Road<br>Lutherville Timonium, MD 21093 | | TID No. 07-011741 | | $5,718.08 | $0.00 | $5,718.08 |
| **J. Scott Morse**<br>5305 Village Center Drive<br>#143<br>Columbia, MD 21044 | | TID No. 07-037376 | | $4,988.50 | $0.00 | $4,988.50 |
| **James Truitt**<br>20 East Timonium Road<br>Lutherville Timonium, MD 21093 | | TID No. 07-014481 | | $4,215.30 | $0.00 | $4,215.30 |
| **Judy Michael**<br>Charles County Government<br>200 Baltimore Street<br>La Plata, MD 20646 | | TID No. 07-040393 | | $1,543.74 | $0.00 | $1,543.74 |
| **Jim Hooper**<br>Hooper & Associates<br>3605 Old Washington Road<br>Waldorf, MD 20602 | | | | | | $1,075.00 |
| **Jim Glynn**<br>Glynn & Associates<br>3050 Crain Highway, #303<br>Waldorf, MD 20601 | | | | | | $315.00 |
| **Maryland Aviation Administration**<br>Maryland Department of Transportation<br>7201 Corporate Center Drive<br>Hanover, MD 21076 | | | | | | $1.00 |
| **Federal Aviation Administration**<br>U.S. Department of Transportation<br>800 Independence Avenue, SW<br>Washington, DC 20591 | | | | | | $1.00 |

Charles County, Maryland
P.O. Box 2607
La Plata, MD 20646


Donnie Spiers
Stylecraft Products, LLC
2621 Karbach Street
Houston, TX 77092


Federal Aviation Administration
U.S. Department of Transportation
800 Independence Avenue, SW
Washington, DC 20591


J. Scott Morse
5305 Village Center Drive
#143
Columbia, MD 21044


James Truitt
20 East Timonium Road
Lutherville Timonium, MD 21093


Jim Glynn
Glynn & Associates
3050 Crain Highway, #303
Waldorf, MD 20601


Jim Hooper
Hooper & Associates
3605 Old Washington Road
Waldorf, MD 20602


Judy Michael
Charles County Government
200 Baltimore Street
La Plata, MD 20646

Law Offices of Sue A. Greer
200 Howard Street
Suite 101
La Plata, MD 20646


Maryland Aviation Administration
Maryland Department of Transportation
7201 Corporate Center Drive
Hanover, MD 21076


Mudd, Mudd & Fitzgerald
P.O. Box 310
La Plata, MD 20646


PNC Bank, N.A.
P.O. Box 856177
Louisville, KY 40285-6177


PSM Holdings, LLC
c/o Miles & Stockbridge, P.C.
100 Light Street, 10th Floor
Baltimore, MD 21202


Tammy Potter
1016 Bran Drive
La Plata, MD 20646


Thomas Hayden
105 La Grange Avenue
La Plata, MD 20646