**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(<u>Greenbelt Division</u>)**

|  |  |  |
|---|---|---|
| In re: | * | |
| | * | Case No.: 18-24054-TJC |
| BAUSERMAN SERVICE, INC. | | Chapter 11 |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF PROPOSED SALE TO PSM HOLDINGS, LLC
AND
NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND
<u>UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED</u>**

**PLEASE TAKE NOTICE** that on October 23, 2018, Bausermam Service, Inc. (the "Debtor") commenced a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

The Debtor owns and operates a public use airport located in Charles County, Maryland, commonly known as the Maryland Airport.  The Debtor's principal asset consists of approximately 220 acres, more or less, of real property, improved, in part, by a 3,740 foot runway with aviation parking, terminal building, various hangars and a fueling station, contiguous to an additional 183 acres, more or less, of land owned by Gilbert Bauserman before his passing in April of 2017.

Mr. Bauserman's sole interest in the Debtor and in the Estate Properties (as defined below) succeeded to the Estate of Gilbert Bauserman (the "Bauserman Estate").  Tammy Potter is the personal representative of the Bauserman Estate and the principal of the Debtor.

Specifically, the Debtor owns the following real property:

| Tax ID No. | Property Description | Acreage According to SDAT |
|---|---|---|
| 07-037376 | Viars Property | 1.95 Acres |

| Tax ID No. | Property Description | Acreage |
|---|---|---|
| | (located at 6515 Pomfret Road, La Plata, MD) | |
| 07-040393 | Johnson Property (located at 6550 Pomfret Road, La Plata, MD 20646) | .9656 Acres |
| 07-014481 | Moose Property (located at 6530 Pomfret Road, La Plata, MD 20646) | .96 Acres |
| 07-011741 | Cole Property (located at 3900 Livingston Road, Indian Head, MD 20640) | 1.75 Acres |
| 07-009704 | Lot 1 and Parcel A (located at 3900 Livingston Road, Indian Head, MD 20640) | 214.82 Acres |

(collectively, the "Airport Properties").[1]

The Bauserman Estate owns the following real property contiguous to the Airport

Properties.

| Tax ID No. | Property Description | Acreage |
|---|---|---|
| 07-009666 | Located at 3830 Livingston Road | 3.83 and 9.81 Acres |
| 07-084641 | Located on Livingston Road | 4.76 Acres |
| 07-084633 | Located on Livingston Road | 69.33 Acres |
| 07-009739 | Located on Pomfret Road | 110.52 Acres |
| 07-025807 | Located on Livingston Road | 1.08 Acres |

(collectively, the "Estate Properties") (the Airport Properties and the Estate Properties are
referred to collectively as the "Properties").

On January 25, 2019, the Debtor filed its Disclosure Statement and Plan of Liquidation

[docket nos. 46 and 47] (collectively, the "Plan").

---

[1] The Liber and Folio and acreage information is subject to change, pending review of title of the Airport Properties and the Estate Properties.

The Plan provides, among other things, for approval of the sale of the Airport Properties and the Estate Properties to PSM Holdings, LLC (the "Purchaser") for Two Million Five Hundred Thousand and 00/100 Dollars ($2,500,000.00).  The Plan also provides for the sale of certain personal property used in connection with the Debtor's ownership, maintenance, use or operation of the Airport Properties (the Properties, together with the Personalty, the "Assets").

In addition to the Assets, the Debtor and/or the Bauserman Estate is party to certain unexpired leases and executory contracts (collectively, the "Assigned Contracts"), which the Plan seeks to assume and assign to Purchaser in connection with the sale of the Assets.

**PLEASE TAKE FURTHER NOTICE that the Airport will continue to operate as an airport.  The Purchaser will honor and assume the Assigned Contracts according to their terms and applicable law.  <u>Counterparties to the Assigned Contracts will experience no disruption to their rights of occupancy under the Assigned Contracts</u>.**

**PLEASE TAKE FURTHER NOTICE** that the chart below sets forth the amounts (the "Cure Amounts"), if any, based upon the Debtor's books and records, that the Debtor asserts are owed to cure any defaults existing under the Assigned Contracts as of the Petition Date.

| PARTY AND ADDRESS | DESCRIPTION | CURE AMOUNT |
|---|---|---|
| Mike Anderson | Hangar | $0.00 |
| AUI Power | Construction Lot | $0.00 |
| B. Bernardzikowski | Tie Down | $0.00 |
| CBRE/Washington Medstar | Corp. Hangar/Office | $0.00 |
| Tim Claseman | Hangar | $0.00 |
| Don Cloutier | Hangar | $0.00 |
| Rufus Deker | Hangar | $0.00 |
| Chad Droney | Hangar | $0.00 |
| Mark Dunkerley | Hangar | $0.00 |
| John Estevez | Hangar | $0.00 |
| Don Goldsmith | Hangar | $0.00 |
| GT Aviation | Office/Tie Down | $0.00 |
| Brian Hall | Hangar | $0.00 |
| Rich Hart | Hangar | $0.00 |
| Derrik Hodge | Tie Down | $0.00 |
| Indian Head Club | Hangar | $0.00 |

| PARTY AND ADDRESS | DESCRIPTION | CURE AMOUNT |
|---|---|---|
| Bert Japiske | Hangar/Tie Down | $0.00 |
| Daniel Javorsek | Hangar | $0.00 |
| Rick Johnson | Hangar | $0.00 |
| Gregory Jones | Hangar | $0.00 |
| Gary L. Kellogg | Hangar | $0.00 |
| Michael Kutzleb | Hangar | $0.00 |
| Randy Lazear | Tie Down | $0.00 |
| William Lyons | Tie Down | $0.00 |
| Adam Mandes | Hangar | $0.00 |
| John Marsh | Hangar | $0.00 |
| Gary Mason | Hangar | $0.00 |
| McLanahan | Tie Down | $0.00 |
| Richard Meade | Tie Down | $0.00 |
| Sean O'Day | Hangar | $0.00 |
| Will O'dell | Hangar | $0.00 |
| David Palazolo | Tie Down | $0.00 |
| Sonny Patel | Hangar | $0.00 |
| Heather Penney | Hangar | $0.00 |
| Tim Poole | Hangar | $0.00 |
| John Purcell | Hangar/Tie Down | $0.00 |
| Jim Reed | Hangar | $0.00 |
| Thomas Reichard | Tie Down | $0.00 |
| Brian Roberson | Tie Down | $0.00 |
| Barry Schultz | Hangar/Tie Down | $0.00 |
| Robert Striegel | Hangar | $0.00 |
| Kevin Taylor | Tie Down | $0.00 |
| James Thomas | Tie Down | $0.00 |
| Arthur Thorpe | Tie Down | $0.00 |
| Vanguard Aviation | Office | $0.00 |
| Ron Whitley | Tie Down | $0.00 |
| Jamal Wilson | Hangar | $0.00 |
| Bill Winters | Hangar | $0.00 |
| William Wise | Tie Down | $0.00 |
| Eric Wood | Hangar | $0.00 |

**PLEASE TAKE FURTHER NOTICE** that  on February 22, 2019, the United States

Bankruptcy Court entered the attached Order and Notice (1) Authorizing Transmittal of

Conditionally Approved Disclosure Statement, (2) Fixing Times for Filing Objections to

Adequacy of Disclosure Statement, Objections to Plan and Acceptances or Rejections Thereto

and (3) Setting Hearing.

**PLEASE TAKE FURTHER NOTICE that if you object to the Plan, the Assumption and Assignment of the proposed Assigned Contracts, or disagree with the Cure Amount shown for your Assigned Contract, you must file an objection in writing with the United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, on or before <u>March 6, 2019</u>. A copy of the objection must be served on the undersigned counsel. If you require additional time, please contact undersigned counsel or file a request for additional time with the Clerk of the United States Bankruptcy Court.**

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION AS STATED ABOVE, THE COURT MAY FIX YOUR CURE AMOUNT AS STATED IN THE CURE NOTICE WITH NO FURTHER NOTICE. ANY NON-DEBTOR PARTY TO ANY ASSIGNED CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE AMOUNT FOR SUCH ASSIGNED CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE AMOUNT.

**PLEASE TAKE FURTHER NOTICE that a hearing on the Plan is scheduled on <u>March 13, 2019 at 10:30 a.m.</u>, Eastern Time before the Honorable Thomas J. Catliota, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770, Courtroom 3-E, Greenbelt, Maryland 20770.**

**PLEASE TAKE FURTHER NOTICE** that the Debtor will deliver to you a copy of the pleadings, notice or other papers filed in this Chapter 11 case relating to the assumption and

assignment of the Assigned Contracts or the Plan by facsimile, e-mail or overnight delivery if

you request such information by calling or e-mailing undersigned counsel.

Respectfully submitted

MCNAMEE HOSEA JERNIGAN KIM
GREENAN & LYNCH, P.A.

/s/ Steven L. Goldberg
Steven L. Goldberg (Fed Bar No. 28089)
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(t) 301-441-2420
(f) 301-982-9450
sgoldberg@mhlawyers.com
*Counsel to Bauserman Service, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 25th day of February, 2019, a true and correct copy of the foregoing Notice of Proposed Sale to PSM Holdings, LLC and Notice to Counterparties to Executory Contracts and Unexpired Leases to be Assumed and Assigned has been furnished by first class mail, postage prepaid (except as otherwise stated) to:

Office of the United States Trustee
Jeanne Crouse, Esquire
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Richard Costella
Tydings & Rosenberg, LLP
One E Pratt Street
Suite 901
Baltimore, Maryland 21202

Chesapeake Employers Insurance Company
Pillar Klemans
8722 Loch Raven Blvd
Towson, Maryland 21286

Maryland Aviation Administration (by certified mail)
P.O. Box 8766
3rd Floor Terminal
Legal Office BWI Airport, MD 21240

Maryland Aviation Administration
991 Corporate Blvd
Finance Office
Linthicum, MD 21090

Attorney General of Maryland (by certified mail)
Honorable Brian Frosh
200 Saint Paul Place
Baltimore, MD 21202

Charles County, Maryland
Meyers Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale Park, MD 20737

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Trial Attorney
Department of Justice Tax Division
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201-2305

Peter Franchot, Comptroller of Maryland
Goldstein Treasury Building
80 Calvert Street
Annapolis, MD 21404-0466

Honorable William Barr
United States Attorney General
Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

John Koskinen, Commissioner
Internal Revenue Service
1500 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Matthew Phelps, Esquire (and by electronic mail)
U.S. Attorney's Office for the District of Maryland
6406 Ivy Lane, Suite 800
Greenbelt, MD 20770

Process Clerk for the District of Maryland
36 S. Charles Street
Baltimore, Maryland 21201

And all creditors on the attached mailing matrixes

                              /s/ Steven L. Goldberg
                              Steven L. Goldberg

Label Matrix for local noticing
0416-0
Case 18-24054
District of Maryland
Greenbelt
Mon Feb 25 23:09:02 EST 2019

Bauserman Service, Inc.
3900 Livingston Road
Indian Head, MD 20640-3201

Charles County, Maryland
c/o Meyers, Rodbell & Rosenbaum, PA
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

PSM Holdings, LLC
c/o Miles & Stockbridge. P.C.
100 Light St., 10th Fl.
Baltimore, MD 21202-1153

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

Charles County, Maryland
P.O. Box 2607
La Plata, MD 20646-2607

Charles County, Maryland
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Ste. 400
Riverdale Park, MD 20737-1331

Chesapeake Employers Insurance Company
8722 Loch Raven Boulevard
Towson, MD 21286-2226
Attn:  Pillar Klemans

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201-2305

Donnie Spiers
Stylecraft Products, LLC
2621 Karbach St
Houston, TX 77092-8009

Federal Aviation Admin
U.S. Dept of Transportation
800 Independence Ave, SW
Washington, DC 20591-0001

Hooper & Associates
3605 Old Washington Rd.
Waldorf, MD 20602-3210

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

J. Scott Morse
5305 Village Center Drive
#143
Columbia, MD 21044-2382

James Truitt
20 East Timonium Road
Lutherville Timonium, MD 21093-3400

Jim Glynn
Glynn & Associates
3050 Crain Hwy, #303
Waldorf, MD 20601-2821

Judy Michael
Charles County Government
200 Baltimore Street
La Plata, MD 20646-3580

Law Offices of Sue A. Greer
200 Howard St
Ste 101
La Plata, MD 20646

Maryland Aviation Admin
Maryland Dept of Transportation
7201 Corporate Center Dr
Hanover, MD 21076-1415

Maryland Aviation Administration
P.O. Box 8766
3rd Floor Terminal
Legal Office
BWI Airport, MD 21240-0766

Mudd, Mudd & Fitzgerald
P.O. Box 310
La Plata, MD 20646-0310

PNC Bank, N.A.
P.O. Box 856177
Louisville, KY 40285-6177

Renee Phillips-Farley
P.O. Box 8766
3rd Floor Terminal
Legal Office
BWI Airport, MD 21240-0766

Secretary of the Treasury
15th and Pennsylvania Ave., N.W.
Washington, DC 20220-0001

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2225

Tammy Potter
1016 Bran Dr
La Plata, MD 20646-3289

Taxing Authority of
Charles County-Treasurer
PO Box 2150
La Plata, MD 20646-2150

Thomas Hayden
105 La Grange Ave
La Plata, MD 20646-9592

U.S. Attorney-District of MD
4th floor
36 S. Charles St.
Baltimore, MD 21201-3119

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Steven L. Goldberg
McNamee Hosea et al.
6411 Ivy Lane
Suite 200
Greenbelt, MD 20770-1405

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Branch of Reorganization
Sec. & Exch. Commission
3475 Lenox Road NE (Suite 1000)
Atlanta, GA 30327-1232

Internal Revenue Service
Centralized Insolvency Section
PO Box 21126 (DP-N-781)
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jim Hooper
INVALID ADDRESS PROVIDED

(d)PSM Holdings, LLC
c/o Miles & Stockbridge, P.C.
100 Light St, 10th Fl
Baltimore, MD 21202-1153

End of Label Matrix
Mailable recipients    31
Bypassed recipients     2
Total                  33

| Name | Address |
| --- | --- |
| Anderson, Mike | 1320 N. Pegram Street, Alexandria, VA 22304 |
| AUI, Inc.-Mark Luppino | 1600 West Pulaski Hwy., Elkton, MD 21921 |
| Bernardzikowski, B. | 1285 Terrace Lane, Arnold, MD 21012 |
| | |
| CBRE/Wash. Medstar | 6055 Primacy Pkwy., Bldg. II, Ste. 300, Memphis, TN 38119 |
| Claseman, Tim | 140 13th Street, SE Washington, DC 20003 |
| Cloutier, Don | 8343 Venture Drive, Waldorf, MD 20603-4065 |
| Deker, Rufus | 12th Street N., Arlington, VA 22201 |
| Droney, Chad | 3914 Charles Avenue, Alexanddria, VA 22305 |
| Dunkerley, Mark | 3327 Dent Place, NW, Washington, DC 20007 |
| Estevez, John | 3960 Ravine Drive, White Plains, MD 20695 |
| Goldsmith, Don | 8402 Heatherwick Drive, Brandywine, MD 20613 |
| GT Aviation | 10300 Glen Way, Ft. Washington, MD 20744 |
| GT Aviation | |
| Hall, Brian | 8623 B Hartz Drive, SW, Bolling AFB, DC 20032 |
| Hart, Rich | 3714 Mark Drive, Alexandria, VA 22305-2425 |
| Hodge, Derrik | P.O. Box 241, Clinton, MD 20735 |
| Indian Head Club | P.O. Box 22608, Alexandria, VA 22304 |
| Japikse, Bert | 2205 Harvard Drive, Alexandria, VA 22307 |
| Japikse, Bert | Same as above |
| Javorsek, Daniel | 7401 Woodhaven Drive, La Plata 20646 |
| Johnson, Rick | 5510 Grinder Road, Marbury, MD 20658 |
| Jones, Gregory | 10607 Ashford Circle, Waldorf, MD 20603 |
| Kellogg, Gary L. | 9125 Andromeda Drive, Burke, VA 22015 |
| Kutzleb, Michael | 13910 Piscataway Drive, Ft. Washington, MD 20744 |
| Lazear, Randy | 6314 Hibbling Avenue, Springfield, VA 22150 |
| Lyons, William | 5601 Seminary Road, #2214N, Falls Church, VA 22041 |
| Mandes, Adam | 10513 Gunston Road, Lorton, VA 22079-3920 |
| Marsh, John | 1871 Ingleside Terrace, NW, Washington, DC 20010 |
| Mason, Gary | 13535 Waverly Point Road, Newburg, MD 20664 |
| McLanahan | 10116 Kathleen Drive, Ft. Washington, MD 20744 |
| Meade, Richard | 706 Lochness Circle, Ft. Washington, MD 20744 |
| O'Day, Sean | 9927 Indian Queen Point Road, Ft. Washington, MD 20744 |
| Odell, Will | 3904 Terry Place, Alexandria, VA 22304 |
| Palazolo, David | 615 Swann Avenut, #454, Alexandria, VA 22301 |
| Patel, Sonny | 11770 Business Park Drive, Waldorf, MD 20601 |
| Penney, Heather | 207 N. Royal St., Alexandria, VA 22314 |
| Poole, Tim | Same as GT Aviation |
| Purcell, John | 223 Middleton Road, Waldorf, MD 20602 |
| Purcell, John | Same as above |
| Reed, Jim | 6655 Ashland Road, La Plata, MD 20646 |
| Reichard, Thomas | 10114 Kathleen Drive, Ft. Washington, MD 20744 |
| Roberson, Brian | 207 8th Avenue, SE Cullman, AL 25055 |
| Schultz, Barry | 3102 Ronna Circle, Waldorf, MD 20601 |
| Schultz, Barry | Same as above |
| Striegel, Robert | 8819 Dement Court, Waldorf, MD 20603 |
| Taylor, Kevin | 904 Cutler Court, Waldorf, MD 20602 |
| Thomas, James | 8525 Avonlea Lane, Port Tobacco, MD |
| Thorpe, Arthur | 705 Lockness Circle, Ft. Washington, MD 20744 |
| Vanguard Aviation | Same as Japikse |

Whitley, Ron                P.O. Box 5024, Springfield, VA  22150
Wilson, Jamal               11279 Blooms Lane, White Plains, MD 20695
Winters, Bill               10637 Pricess Diana Court, La Plata, MD 20646
Wise, William               41 Hibiscus Court, La Plata, MD  20646
Woods, Eric                 713 Swan Creek Road, Ft. Washington, MD  20744